*Railroad — construction of road — consent of highway commissioners.*

Appeal by the defendant from an order of the Special Term, entered in the office of the clerk of the county of Kings on the 22d day of January, 1909, granting the relator's application for a peremptory writ of mandamus.

BURR, J.: The validity of the consent given on February 5, 1894, by the highway commissioners of the town of Flatlands to the construction of a street surface railroad upon Nostrand avenue, from the line dividing the former towns of Flatbush and Flatlands to the line of division between said town of Flatlands and the former town of Gravesend, has recently been considered by this court and its validity affirmed. (*People ex rel. Westminster Heights Co.* v. *Coler*, 121 App. Div. 293.) The relator is clearly entitled to maintain this proceeding if such consent was valid. The order appealed from should be affirmed, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor and Rich, JJ., concurred. Order affirmed, with ten dollars costs and disbursements.

Sarah P. Doncourt, as Executrix, etc., of Adolphus Doncourt, Deceased, Respondent, v. Delamater S. Denton, Appellant.— Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice Kelly at Special Term. (Reported in 55 Misc. Rep. 594.) Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The American Manufacturing Company, Appellant, v. The City of New York and John H. O'Brien, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondents.— Motion for stay granted, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ. Settle order before Mr. Justice Burr.

Jerome L. Bergen, Appellant, v. Brooklyn Realty Trading Company, Respondent.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Jerome L. Bergen, Appellant, v. Midwood Park Company, Respondent.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Bjork & Back Construction Company, Respondent, v. Clemente Marro, Appellant.— Motion denied on condition that the appellant perfect his appeal forthwith; cause to be placed at the foot of the present calendar; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.